UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE +
\+ Case No. 21-30581
Dominique N. Gibson +
Debtor +

NOTICE OF APPEARANCE

    Comes now Larry Darby and gives notice to this Honorable Court that he represents Carrington Park, the current landlord in this cause, and requests notice.

    Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

CERTIFICATE OF SERVICE

    I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| David Weston | Sabrina McKinney, Trustee |
|---|---|
| P.O. Box 1747 | P.O. Box 173 |
| Montgomery, AL 36104 | Montgomery, AL 36101 |

/s/ Larry Darby
Larry E. Darby